# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>    *Plaintiff,*<br><br>v.<br><br>DDM BRANDS, *et al.,*<br><br>    *Defendants.* | Civil Action No. 2:15-cv-01779-RWS<br><br>**LEAD CASE**<br><br>Jury Trial Demanded |
| BLUE SPIKE, LLC,<br><br>    *Plaintiff,*<br><br>v.<br><br>INFOSONICS CORPORATION,<br>VERYKOOL USA, INC.<br><br>    *Defendants.* | Civil Action No. 2:15-cv-01778-RWS<br><br>Jury Trial Demanded |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Stipulation of Dismissal filed by Plaintiff Blue Spike, LLC and Defendants InfoSonics Corporation and VeryKool USA, Inc. (collectively "InfoSonics") pursuant to a settlement of the above-captioned litigation between the parties, it is ordered as follows:

ORDERED that the claims asserted herein by Plaintiff Blue Spike, LLC against InfoSonics be, and hereby are, dismissed with prejudice;

ORDERED that the counterclaims and defenses asserted herein by InfoSonics against Plaintiff Blue Spike, LLC be, and hereby are, dismissed with prejudice; and

ORDERED that the parties shall bear their own attorneys' fees, expenses and costs.
**SIGNED this 23rd day of September, 2016.**

                                                ROBERT W. SCHROEDER III
                                              UNITED STATES DISTRICT JUDGE